IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

BRUCE L. EGAN AND
RICHARD A. HEISE, SR.,
PLAINTIFFS,

v.

CASE NO. 2:13–CV–00023–ABJ

DICE PARTNERS, INC. ET AL.,

DEFENDANTS.

## JUDGMENT FOR ATTORNEYS' FEES

The Court has entered its separate order awarding Plaintiffs attorneys' fees. In accordance therewith, it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiffs recover attorneys' fees from the defendants in the total amount of $11,999.25.

Dated this 13th day of March, 2017.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE